IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                              Plaintiff,

      v.

DURON LEE,

                              Defendant.

ORDER

05-cr-70-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      An initial appearance and detention hearing was held in this case on April 8, 2014, before United States District Judge Barbara B. Crabb. Defendant appeared in person and by counsel, William Jones. The government was represented by Rita Rumbelow. Also present was Deputy Chief U.S. Probation Officer Tracy Russom.

      The parties discussed defendant's proposed release plan, which is unworkable. Defendant is proposing to live in the Northern District of Illinois but that district is no longer willing to supervise him.

      It was agreed that pending the judicial review hearing set for April 22, 2014 at 1:20 p.m., defendant shall reside at the Rock Valley Community Program as long as a bed is available. If there comes a time when Rock Valley no longer has sufficient bed space for the defendant, he is to report that same day to the U.S. Marshals Service between the hours of noon and 2:00 p.m. and shall be held in custody pending the April 22, 2014 judicial review

1

hearing.

 Entered this 9th day of April, 2014.

           BY THE COURT:
           /s/
           BARBARA B. CRABB
           District Judge